UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------

UNITED STATES OF AMERICA,

  -vs-

MELVIN TUCKER,

-------------------------------------------------

FEUERSTEIN, J.

ORDER

CR- 07-516    (SJF)

    I adopt the recommendation of the Magistrate Judge that the plea was knowingly and voluntarily entered by the defendant, with a full understanding of his rights and the consequences of the plea of which there is a factual basis.  I therefore accept the plea of guilty.

·ɔO ORDEREi

SANDRA J. FEUERSTEIN, U.S.D.J.

DATED:    Central Islip, N.Y.
            July 31, 2008