UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------
UNITED STATES OF AMERICA,

-vs-

MELVIN TUCKER,

---------------------------------------------
FEUERSTEIN, J.

ORDER

CR- 07-516 (SJF)

I adopt the recommendation of the Magistrate Judge that the plea was knowingly and voluntarily entered by the defendant, with a full understanding of his rights and the consequences of the plea of which there is a factual basis. I therefore accept the plea of guilty.

SO ORDERED

SANDRA J. FEUERSTEIN, U.S.D.J.

DATED: Central Islip, N.Y.
July 31, 2008